IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AGM PAINTING, LLC,

    Plaintiff,

    v.                           Case No. 19-2242-KHV

THE SHERWIN-WILLIAMS COMPANY,

    Defendant.

## ORDER TO SHOW CAUSE

On June 11, 2019, the court entered an order to show cause, instructing the parties to file a joint status report, with affidavits attached, demonstrating the citizenship of each of the parties and showing cause why this case should not be dismissed for lack of jurisdiction (ECF No. 9). On June 24, 2019, the parties filed their joint response to the order to show cause (ECF No. 11). As demonstrated by the response and attached affidavits, the parties have clarified the facts relevant to determining subject matter jurisdiction. Plaintiff AGM Painting, LLC has two members, each of whom are residents of Kansas. Defendant, the Sherwin-Williams Company, has a principal place of business in Ohio. The court finds that it has subject matter jurisdiction over this case based on these assertions. Accordingly, the court finds that the parties have satisfied their burden of showing why this case should not be dismissed for lack of subject matter jurisdiction.

Dated June 25, 2019, at Kansas City, Kansas.

                                               <u>s/ James P. O'Hara</u>
                                               James P. O'Hara
                                               U.S. Magistrate Judge